**FILED**
NOV 29 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 07CR 3227-WQH |
|---|---|
| Plaintiff, | ) <br> ) **I N F O R M A T I O N** |
| v. | ) <br> ) Title 18, U.S.C., |
| JAVIER GARCIA GUILLEN, | ) Sec. 922(a)(1)(A) - Dealing in <br> ) Firearms without a License |
| Defendants. | ) |

The United States Attorney charges:

Count 1.

On or about November 28, 2005, defendant JAVIER GARCIA GUILLEN did engage in the business of dealing in firearms without being licensed to do so under the provisions of Chapter 44, Title 18, United States Code. Neither on that date, nor at any time since, was GUILLEN licensed as a firearms dealer under the provisions of Title 18, United States Code, Section 923.

On November 28, 2005, GUILLEN purchased two Ruger, model 10/22, .22 caliber, rifles from Big 5 Sporting Goods, located at 760 Sycamore Avenue, Vista, California 92083. On December 10, 2005, GUILLEN retrieved the aforementioned rifles after a ten-day waiting period. GUILLEN subsequently resold these weapons to third parties, in violation of Title 18, United States Code, Section 922(a)(1)(A).

1  DATED: November 28, 2007.
2  KAREN P. HEWITT
   United States Attorney
3
4  */s/ Caleb Mason*
5  CALEB E. MASON
   Assistant U.S. Attorney