AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF _____

**FILED**
NOV 2 9 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA
V.

JAVIER GUILLEN

**WAIVER OF INDICTMENT**

CASE NUMBER: 07 cr 3227-WQH

I, _____JAVIER GUILLEN_____, the above named defendant, who is accused of

18 § 922(a)(1)(A) Dealing in Firearms without a license

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __11/29/07__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer