FILED

DEC 1 3 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>              Plaintiff, )<br>                    )<br>    v.              )<br>JAVIER GARCIA GUILLEN, )<br>           Defendants. )| Case No.   07CR3227WQH<br><br>S U P E R S E D I N G<br>I N F O R M A T I O N<br><br>Title 18, U.S.C., Sec. 923(a) -<br>Dealing in Firearms without a<br>License |

The United States Attorney charges:

Count 1.

On or about December 10, 2005, defendant JAVIER GARCIA GUILLEN did engage in the business of dealing in firearms without being licensed to do so under the provisions of Chapter 44, Title 18, United States Code. Neither on that date, nor at any time since, was GUILLEN licensed as a firearms dealer under the provisions of Title 18, United States Code, Section 923.

On November 28, 2005, GUILLEN purchased two Ruger, model 10/22, .22 caliber, rifles from Big 5 Sporting Goods, located at 760 Sycamore Avenue, Vista, California 92083. On December 10, 2005, GUILLEN retrieved the aforementioned rifles after a ten-day waiting period. GUILLEN subsequently resold these weapons to third parties, in violation of Title 18, United States Code, Section 923(a).

DATED: December 12, 2007.

KAREN P. HEWITT
United States Attorney

CALEB E. MASON
Assistant U.S. Attorney